GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

*e-filed 5/30/07*

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE LISEO and JOSEPH LISEO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Case No.:  C-07-01159 RS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Complaint Filed:  December 1, 2006 |

　　　　IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the respective parties that due to a conflict in defense counsel's calendar, the Case Management Conference currently set for June 13, 2007 be continued to June 27, 2007 at 2:30 p.m. in Courtroom 4.

**IT IS SO STIPULATED:**

DATED:  __5/22__, 2007　　　　　　　　BALAMUTH HARRINGTON, LLP

　　　　　　　　　　　　　　　　　　　　　By: _/s/ Kelly Balamuth_
　　　　　　　　　　　　　　　　　　　　　　　　KELLY BALAMUTH, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINE LISEO

1  DATED: 5/29/07

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

## ORDER

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated: May 30, 2007

_____
HON. RICHARD SEEBORG

24841\405430

-2-

STIPULATION TO CONTINUE CMC AND PROPOSED ORDER – Case No.: C-07-01159 RS