| | |
|---|---|
| Kelly Balamuth, Esq., SBN 172522<br>Jim W. Yu, Esq., SBN 209118<br>BALAMUTH HARRINGTON, LLP<br>3 Altarinda Road, Suite 202<br>Orinda, California 94563-2601<br>Telephone: (925) 254-1234<br>Facsimile: (925) 254-0778<br><br>Attorneys for Plaintiff<br>Christine Liseo | *E-FILED 9/28/07* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE LISEO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION and<br>DOES 1 to 40,<br><br>　　　　Defendants. | Case No.  C-07-01159 RS<br><br>**REQUEST FOR DISMISSAL**<br>AND ORDER THEREON |

TO THE CLERK:

Please DISMISS this action, in its entirety, with prejudice, with each party bearing their own costs and fees.

Dated:  September 18, 2007

Respectfully submitted,

BALAMUTH HARRINGTON, LLP

By: /s/ _____
　　Jim W. Yu, Esq.
　　Attorneys for Plaintiff
　　Christine Liseo

IT IS SO ORDERED.
Dated:  September 28, 2007

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

dismissal.wpd
REQUEST FOR DISMISSAL
- 1 -